NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LORENZO OLIVER, | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, | **ORDER** |
| v. | Civ. No. 10-1542 (DMC) (JAD) |
| PAULA T. DOW, *et al.*, | |
| Defendants. | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon application of Plaintiff, Lorenzo Oliver, to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915; and upon consideration of Plaintiff's application and affidavit;

**WHEREAS** Plaintiff receives $150.00 in monthly income, and has approximately $150.00 in a savings or checking account, considerably less than what is needed to pay the filing fee required;

**IT IS** on this __14__ day of July, 2010;

**ORDERED** that Plaintiff's motion to proceed *in forma pauperis* is **granted**.

_____
Dennis M. Cavanaugh, U.S.D.J.

Original: Clerk's Office
cc: All Counsel of Record
    Hon. Joseph A. Dickson, U.S.M.J.
    File